

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2022

No. 04-22-00357-CV

**IN THE INTEREST OF L.R.R. AND A.P.R.**, Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00430
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

A copy of Appellant's notice of appeal was filed in this court on June 15, 2022. The notice does not certify that it was served on each court reporter responsible for preparing the reporter's record. *Contra* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a); TEX. R. APP. P. 25.1(a),(d),(e).

In our June 15, 2022 letter, we instructed Appellant to file a docketing statement and an amended notice of appeal certifying proper service on the responsible court reporter(s) by June 27, 2022. To date, Appellant has not filed a docketing statement or an amended notice of appeal.

We ORDER Shawn Sheffield, SBN 24008020, Appellant's court-appointed appellate counsel, to file a docketing statement, *see* TEX. R. APP. P. 32.1, and an amended notice of appeal, *see* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a); TEX. R. APP. P. 25.1(e), within FIVE DAYS of the date of this order.

If Appellant fails to timely file the docketing statement and amended notice, we will order Shawn Sheffield to appear before this court and show cause why he should not be held in contempt for failing to file the documents as ordered.

Appellant's motion for extension of time to file Appellant's brief is held in abeyance pending Appellant's compliance with this order.

It is so **ORDERED** September 22, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT